# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARITZA ORTIZ-SANCHEZ,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **SIGFRIDO STEIDEL-FIGUEROA,** *et al.*, <br><br> *Defendants*. | Civ. No. 21-01433 (MAJ) |

## OPINION AND ORDER

Before the Court is a Report and Recommendation ("R & R") issued by Magistrate Judge Bruce J. McGiverin, (**ECF No. 86**) recommending the Court grant Defendants' Motions to Dismiss. (**ECF Nos. 32, 41, 42**).

The R & R was issued on September 26, 2023, and objections were due by October 11, 2023. No objections have been filed. After reviewing the R & R, and all the pleadings on the record, the Court finds the R & R well-reasoned, grounded in fact and law, and free of "plain error." *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection … a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *Nogueras-Cartagena v. United States*, 172 F.Supp.2d 296, 305 (D.P.R. 2001) ("Court reviews [unopposed] Magistrate's Report and Recommendation to ascertain whether or not the Magistrate's recommendation was clearly erroneous."). Accordingly, the Court ACCEPTS and ADOPTS the R & R in its entirety.

**IT IS HEREBY ORDERED:**

1. Defendants' Motions to Dismiss (**ECF Nos. 32, 41, 42**) are **GRANTED**.

2. Plaintiffs' Section 1983 and supplemental state claims against Rosa-Pimentel, her spouse, and their conjugal partnership are **DISMISSED** with prejudice.

3. Plaintiffs' Section 1983 claims against Steidel-Figueroa and Villares are **DISMISSED** with prejudice.

4. Plaintiffs' supplemental state claims against Steidel-Figueroa and Villares are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of October, 2023.

> *S/ María Antongiorgi-Jordán*
> **MARÍA ANTONGIORGI-JORDÁN**
> **UNITED STATES DISTRICT JUDGE**